IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Ollie Robertson, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:16-cv-01246-LPA |
| Regional Acceptance Corporation, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 16, 2018

Respectfully submitted,

By  /s/ Ruth M. Allen

Ruth M. Allen, Esq.
RUTH ALLEN LAW, PLLC
7413 Six Forks Road, Suite 326
Raleigh, NC 27615
Email: rallen@lemberglaw.com
Telephone: (855) 301-2100 Ext. 5536
Facsimile: (888) 953-6237
E-mail: rallen@lemberglaw.com

Of Counsel to:
Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Ruth M. Allen*

Ruth M. Allen, Esq.