IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Ollie Robertson, <br><br> Plaintiff, <br><br> v. <br><br> Regional Acceptance Corporation, <br><br> Defendant. | Civil Action No.: 1:16-cv-01246-LPA |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Ollie Robertson | Regional Acceptance Corporation |
|---|---|
| /s/ Ruth M. Allen | /s/ D. Kyle Deak |
| Ruth M. Allen, Esq. <br> Bar Number: 34739 <br> 7413 Six Forks Road, Suite 326 <br> Raleigh NC 27615 <br> Telephone: (855) 301-2100 Ext. 5536 <br> Facsimile: (888) 953-6237 <br> Email: rallen@lemberglaw.com <br> Attorney for Plaintiff | D. Kyle Deak (NC State Bar No. 35799) <br> TROUTMAN SANDERS LLP <br> Post Office Drawer 1389 <br> Raleigh, North Carolina 27602 <br> Telephone: (919) 835-4133 <br> Facsimile: (919) 829-8725 <br> E-mail: kyle.deak@troutmansanders.com <br> Attorney for Defendant |

SO ORDERED, this the 11th day of September, 2018.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**